UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

DOUDOU MAMADOU B. JANNEH

      v.                                                                                                  CA 11-352 ML

JOHNSON AND WALES UNIVERSITY, et al.

## MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Martin on September 12, 2011 (Docket #7). The Plaintiff has filed a timely response (Docket #8).

In his letter addressed to Magistrate Judge Martin, Plaintiff writes "Plaintiff has also answered question 2 (b)." This statement is apparently in response to Magistrate Judge Martin's order of August 11, 2011 (Docket #3) where Magistrate Judge Martin ordered Plaintiff to "fil[e] a complete application which answers all questions including question 2.b." The application Plaintiff submitted with his response to the Report and Recommendation contains no answer to question 2.b.

The Court, therefore, adopts the Report and Recommendation. Plaintiff's application to proceed without prepayment of fees is DENIED with prejudice. The action is dismissed without prejudice.

SO ORDERED:


**/s/ Mary M. Lisi**
Mary M. Lisi
Chief United States District Judge
September 30, 2011